No. 11–0537/MC.  U.S. v. Christopher M. Harris.  CCA 201000341.  Review granted on the following issue:

> DOES AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATE AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011)?

No briefs will be filed under Rule 25.

No. 11–0638/AR.  U.S. v. Edgar E. Martinez.  CCA 20090582.  Review granted on the following issue:

> WHETHER SPECIFICATION 2 OF CHARGE III FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ.

No briefs will be filed under Rule 25.

No. 11–0639/AR.  U.S. v. Tanner P. Forry.  CCA 20080334.  Review granted on the following issue:

> WHETHER SPECIFICATIONS 5 AND 7 OF ADDITIONAL CHARGE II FAIL TO STATE AN OFFENSE BECAUSE THEY DO NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ.

No briefs will be filed under Rule 25.

No. 12–0206/AR.  U.S. v. Tommie L. Olds.  CCA 20091044.  Appellant's motion to extend time to file a brief granted to May 2, 2012.